## Commonwealth *v.* White, Appellant.

Submitted December 8, 1969. *Martin W. Bashoff,* for appellant;

*James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.